## Jane Craaybeek, Appellant, v. Simon Craaybeek, Appellee.

### Gen. No. 49,049.

First District, Second Division.
December 17, 1963.

Murray R. Haddon, Louis Z. Grant and Burton F. Grant, all of Chicago (Burton G. Hirsch, of counsel), for appellant; Ira T. Silbar, of Chicago, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.